**Order entered June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00930-CR

**ALICE ANNETTE STEELE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-45120-M**

## ORDER

Appellant's June 12, 2014 motion for extension of time to file appellant's brief and to accept contemporaneously tendered brief is **GRANTED**. Appellant's brief received by the Clerk of the Court on June 12, 2014 is **DEEMED** timely filed on the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/      LANA MYERS
JUSTICE